## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:25-cv-09488-ER |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **The Bank of New York Mellon Corporation,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant The Bank of New York Mellon Corporation WITH PREJUDICE and all counterclaims against Plaintiff Cedar Lane Technologies Inc. WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

Dated:   January 30  , 2026
New York, New York

_____
EDGARDO RAMOS
United States District Judge